# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

FAUSTO ROBLES-PACHECO,
    aka "Horacio Aspe Dorantes,"

        Defendant.

Case No. 2:22-cr-00065-JAD-EJY

**Order Directing Probation to Prepare a Criminal History Report**

ECF No. 14

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE