# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FAUSTO ROBLES-PACHECO,

    Defendant.

Case No. 2:22-cr-00065-JAD-EJY

ORDER UNSEALING CASE

ECF No. 16

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Fausto Robles-Pacheco*, is unsealed.

**DATED** this 5th day of April, 2022.

By the Court:

_____
Hon. Jennifer A. Dorsey
United States District Judge